ACCEPTED
06-14-00102-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/3/2015 6:08:08 PM
DEBBIE AUTREY
CLERK

reversible error.   Appellant asks that the trial court be ordered to render him a new

trial and remedy these errors.

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/3/2015 6:08:08 PM
DEBBIE AUTREY
Clerk

Respectfully submitted,

**/s/  Darrell J. O'Neal**
Darrell J. O'Neal
Law Office of Darrell J. O'Neal
TN State Bar No 20927
2129 Winchester Road
Memphis, TN 38116
(901) 345-8009 office
(901) 345-8014 fax
domemphislaw@aol.com

**/s/Melvin Houston**
Melvin Houston
Melvin Houston & Associates
TX State Bar No. 00793987
1776 Yorktown, Suite 350
Houston, TX 77056
Tel: (713) 212-0600
Fax: (713) 212-0290
mhouston@gotellmel.com

COUNSEL FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the above and foregoing

Appellant's Brief via this court's electronic filing system pursuant to T.R.AP. Rule

9 upon the following on February 25, 2015:

Andrew K. York
Gray Reed & McGraw
1601 Elm Street, Suite 4600

31

Dallas, TX 75201
(201) 654-4135
(214) 953-1332 fax
dyork@grayreed.com
Counsel for Lucien Tujague, Jr.and
Dominion Gas Holdings LP

Bryan Stevens
Hallet & Perrin PC
1445 Ross Avenue, Ste 2400
Dallas, TX 75202
BStevens@hallettperrin.com
Counsel for Shuk Holdings LLC and
IDT Energy Inc

Mark J. Johansen
Rafeal C. Rodriguez
Gruber Hurst Johansen Hail Shank LLP
1445 Ross Avenue, Ste 2500
Dallas, TX 75202
mjohansen@ghjhlaw.com
rrodriquez@ghjhlaw.com
Counsel for Alex Rodriguez

Respectfully submitted,

**/s/Melvin Houston**

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3), I hereby certify that this brief contains 4994 words (excluding the caption, table of contents, table of authorities, signature, proof of service, certification, and certificate of compliance). This is a computer-generated document created in Microsoft Word, using 14-point typeface for all text, except for footnotes which are in 12-point typeface. In making

this certificate of compliance, I am relying on the word count provided by the software used to prepare the document.

Respectfully submitted,

**/s/Melvin Houston**